Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
3, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 3, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00075-CV

____________

 

IN RE JOSE ANTONIO SORIANO, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 21, 2005, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator complained of the trial court=s November 18, 2004, order, denying
relator=s joint election with his
co-defendant regarding order of trial settings, and setting trial for relator
first.  Relator asserted that the trial
court had violated a ministerial duty by not following the joint election as to
order of trial.








On February 22, 2005, the State responded to relator=s petition.  The State noted that, on February 22, 2005,
it had filed a motion with the trial court, asking the court to withdraw the
order of which relator complains.  The
trial court granted the State=s motion on February 22, 2005, and withdrew its November 18,
2004, order, and ordered that the trial of defendant Arrambide precede the
trial of relator.  

Because relator has now received the relief he sought in his
petition, relator=s request for mandamus relief is moot.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 3, 2005.

Panel consists of
Justices Anderson, Hudson, and Frost.